IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HENRRY DARIEL FLORES-BUESO, | § § § § | |
| *Petitioner*, | § § | No. 1:26-CV-00870-DAE |
| v. | § § | |
| VERGARA, *et al.*, | § § § | |
| *Respondents*. | § | |

<u>ORDER FOR ADDITIONAL BRIEFING</u>

Before the Court is Henrry Dariel Flores-Bueso's ("Petitioner")

Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Petition") (Dkt.

# 1), and Federal Respondents' Response (Dkt. # 7). Petitioner has not filed a

reply. The Court requires more information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **<u>on or before close of</u>**

**<u>business on May 1, 2026</u>**, Petitioner shall file supplemental briefing on the issue

of the order of removal as alleged in the Government's response. The Federal

Respondents provide documentation suggesting that on April 15, 2026, an

immigration judge issued an order of removal against Petitioner, and that Petitioner

has until May 15, 2026 to appeal that decision to the BIA before it becomes final.

In updated briefing, the Court requests additional information, including whether

Petitioner has already appealed this order, or whether he intends to.

1

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, April 24, 2026.

_____
David Alan Ezra
Senior United States District Judge